UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM JACOBSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLTON HAIR, et al.,<br><br>　　　　Defendants. | Case No. CV09-9377 MMM (FMOx)<br><br>(Assigned to Honorable Margaret M. Morrow)<br><br>**PROTECTIVE ORDER RE PRODUCTION OF CONFIDENTIAL INFORMATION**<br><br>Complaint Filed: November 10, 2009<br><br>SAC Filed: January 20, 2010 |

**STIPULATION AND [PROPOSED] PROTECTIVE ORDER**

12283343v.1

## ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the Parties, Defendant Regis Corporation dba Carlton Hair, Plaintiff Sam Jacobson, and Third Party Yuki Sharoni Beauty & Lifestyle, Inc. dba Yuki Sharoni Hair Salon, shall comply with and be bound by the provisions of the Stipulation concerning Confidential Information, as modified by the court.

**IT IS SO ORDERED.**

Dated: 6/3/10

The Honorable Margaret M. Morrow
United States District Judge

-1-
**STIPULATION AND [PROPOSED] PROTECTIVE ORDER**

12283343v.1